# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY PROJECT, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) |
| Defendant. | ) ) ) |

Civil Action No. 1:18-cv-00789 (TJK)

## JOINT STATUS REPORT

Pursuant to the Court's July 27, 2018, Minute Order, Defendant U.S. Environmental Protection Agency ("EPA") and Plaintiff Government Accountability Project (collectively, "the Parties") provide the following Joint Status Report to the Court:

1. Plaintiff filed its Complaint in this action (ECF No. 1) on April 6, 2018, pursuant to the Freedom of Information Act ("FOIA"). Defendant answered on July 26, 2018 (ECF No. 12).

2. EPA is currently conducting a search for responsive records and will complete that search and provide a production schedule within 30 days.

2

3.  The Parties propose to file a Joint Status Report no later than September 17, 2018, setting forth recommendations for further proceedings and a production schedule.

Dated: August 15, 2018

Respectfully submitted,

| | |
|---|---|
| JESSIE K. LIU<br>D.C. Bar No. 472845<br>United States Attorney<br><br>DANIEL F. VAN HORN<br>D.C. Bar No. 924092<br>Chief, Civil Division<br><br>By: /s/ *Scott Leeson Sroka*<br>SCOTT LEESON SROKA<br>Member of New York Bar<br>Assistant United States Attorney<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>Telephone: 202-252-7113<br>Scott.Sroka@usdoj.gov<br><br>*Counsel for Defendant* | By: /s/ *Matthew Topic*<br>MATTHEW TOPIC<br>D.C. Bar No. _____<br>LOEVY & LOEVY<br>311 N. Aberdeen, Third Floor<br>Chicago, IL 60607<br>(312) 243-5900<br>matt@loevy.com<br><br>*Plaintiff's Counsel* |