# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GOVERNMENT ACCOUNTABILITY PROJECT, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:18-cv-00789 (TJK) |
| v. | ) ) | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's August 17, 2018, Minute Order, Defendant U.S. Environmental Protection Agency ("EPA") and Plaintiff Government Accountability Project (collectively, "the Parties") provide the following Joint Status Report to the Court:

1.   Plaintiff filed its Complaint in this action (ECF No. 1) on April 6, 2018, pursuant to the Freedom of Information Act ("FOIA"). Defendant answered on July 26, 2018 (ECF No. 12).

2.   With respect to request number EPA-HQ-2017-009008, EPA has conducted three searches. The first search resulted in 1,399 potentially responsive records, and an additional 1,100 pages of non-exempt responsive records which are publicly available online. The second search resulted in 538 potentially responsive records. The third search resulted in 6,800 potentially responsive records.

3.   With respect to request number EPA-HQ-2017-005723, EPA has completed its search, which resulted in approximately 211 potentially responsive records.

4.      The Parties are conferring regarding a schedule for production of records.

5.      The Parties propose to file a Joint Status Report no later than October 17, 2018, setting

forth recommendations for further proceedings and a production schedule.

Dated: September 17, 2018

Respectfully submitted,

JESSIE K. LIU                                    By: _/s/  Matthew Topic_____
D.C. Bar No. 472845                              MATTHEW TOPIC
United States Attorney                           D.C. Bar No. IL0037
                                                 LOEVY & LOEVY
DANIEL F. VAN HORN                               311 N. Aberdeen, Third Floor
D.C. Bar No. 924092                              Chicago, IL 60607
Chief, Civil Division                            (312) 243-5900
                                                 matt@loevy.com
By: _/s/ Scott Leeson Sroka_
SCOTT LEESON SROKA                               *Plaintiff's Counsel*
Member of New York Bar
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-7113
Scott.Sroka@usdoj.gov

*Counsel for Defendant*